TIMOTHY COURCHAINE
United States Attorney
District of Arizona
Jonathan B. Granoff
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

FILED
2026 JUL 22 PM 12: 05
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-03878 TUC-AMM(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States America,

Plaintiff,

vs.

Andrew Martinez Nietos, Jr.,

Defendant.

INDICTMENT

Violations:

18 U.S.C. § 641 (Theft of Government Funds)

Count 1

18 U.S.C. § 1711 (Misappropriation of Postal Funds)

Count 2

**GRAND JURY CHARGES:**

**Count 1**
**Theft of Public Funds**
**[Title 18 U.S.C. § 641]**

On or about April 2022 through June 2024, in the District of Arizona, the defendant, ANDREW NIETOS, did knowingly and willfully embezzle and convert to the defendant's use without lawful authority, with the intent to deprive the owner of the use and benefit of the money and property belonging to the United States and having a value exceeding $1,000, to wit: defendant embezzled approximately $107,945 in "no-fee" United States Post Office money orders in violation of Title 18, U.S.C., § 641.

**Count 2**
**Misappropriation of Postal Funds**
**[Title 18 U.S.C. §1711]**

On or about April 2022 through June 2024, in the District of Arizona, the defendant, ANDREW NIETOS, being a United States Postal Service officer or employee, did willfully, intentionally, and without lawful authority convert to his own use, or deposit in any bank and exchange for other funds or property, money or property, having a value exceeding $1,000, coming under his control in any manner, in the execution or under color of his office, employment, or service; that is, the defendant embezzled approximately $107,945 in "no-fee" United States Postal Service money orders by depositing them into his own personal bank account or using the money orders for personal use without lawful authority, in violation of Title 18, U.S.C., §1711.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 22, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
JONATHAN B. GRANOFF
Assistant U.S. Attorney